

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
NOV 30 2007
CLERK

UNITED STATES OF AMERICA,                CR07-40026-03

     Plaintiff,

vs.                                      **FINAL ORDER OF FORFEITURE**

JEFFERY DEAN SCHULTZ,
a/k/a "Suess",

     Defendant.

WHEREAS, on September 12, 2007, this Court entered a

Preliminary Order of Forfeiture, ordering defendant, Jeffery Dean

Schultz to forfeit his interest in real property described as:

> Lot 1 and the North Half (N ½) of Lot 2 of
> Sheldon's Subdivision of Tract 1 of the
> Northeast Quarter of the Southeast Quarter of
> the Southeast Quarter (NE¼ SE¼ SE ¼) of
> Section 23, Township 101 North, Range 49
> West, Minnehaha County, South Dakota,
> according to the recorded plat thereof,

a/k/a 1501 South Sycamore Avenue, Sioux Falls, South Dakota,

(the Subject Property), and

WHEREAS, the United States caused to be published in the

Sioux Falls Argus Leader, a newspaper of general circulation,

notice of this forfeiture, and of the intent of the United States

to dispose of the property in accordance with the law, and as

specified in the Preliminary Order, and further notifying all

third parties of their right to petition the court within thirty

(30) days for a hearing to adjudicate the validity of their

alleged legal interest in the property; and

WHEREAS, notice was served upon Jeffery Dean Schultz by first class mail, and on his attorney of record by the court's electronic docketing system; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture; it is hereby

ORDERED, ADJUDGED AND DECREED that the real property described as:

> Lot 1 and the North Half (N $\frac{1}{2}$) of Lot 2 of Sheldon's Subdivision of Tract 1 of the Northeast Quarter of the Southeast Quarter of the Southeast Quarter (NE$\frac{1}{4}$ SE$\frac{1}{4}$ SE $\frac{1}{4}$) of Section 23, Township 101 North, Range 49 West, Minnehaha County, South Dakota, according to the recorded plat thereof,

a/k/a 1501 South Sycamore Avenue, Sioux Falls, South Dakota, is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

FURTHER ORDERED that the United States District Court shall

retain jurisdiction in the case for the purpose of enforcing this Order.

Dated: ~~October~~ *November 30* _____, 2007.

BY THE COURT:

LAWRENCE L. PIERSOL
District Court Judge

ATTEST:
Joseph Haas, Clerk

By: *Shelly Margulies*
    Deputy Clerk

3